IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Cause No. CR 08-91-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER DENYING MOTIONS |
| LANCE LEWIS, | |
| Defendant. | |

On September 6, 2016, Defendant Lewis filed "objections" to the Court's dismissal, on August 16, 2016, of a motion that was, in substance, an unauthorized second or successive motion under 28 U.S.C. § 2255. There is no lawful basis for reconsideration or for jurisdiction over the § 2255 motion Lewis submitted. A certificate of appealability is denied for the reasons set forth in the Order of August 16 and because Lewis's motion for reconsideration is frivolous.

Lewis's motion for information regarding the composition or procedures for convening the grand jury (Doc. 57-1) is denied. There is no reason to suspect anything was amiss with the grand jury, and his opportunities to challenge grand jury procedures passed long ago.

Accordingly, IT IS HEREBY ORDERED that Lewis's motion to reconsider (Doc. 57) and a certificate of appealability are DENIED. Lewis's motion for

1

information about the grand jury (Doc. 57-1) is DENIED.

DATED this 12th day of September, 2016.

Susan P. Watters
United States District Court